UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY M. BARTLETT,<br>Plaintiff,<br>v.<br>CITIBANK N.A., et al.,<br>Defendants. | Case No. 17-cv-07360-EMC<br><br>**ORDER DENYING MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS AND CERTIFYING THAT APPEAL IS NOT TAKEN IN GOOD FAITH**<br><br>Docket No. 35 |

Defendant Marci Patera was previously deemed to satisfy the requirement for in forma pauperis ("IFP") status. *See* Docket No. 4. She appeals the Court's order granting Defendant Citibank's motion to remand and awarding costs. *See* Docket No. 30. On March 27, 2018, the Ninth Circuit clerk requested this Court determine whether Bartlett's IFP status should continue on appeal. *See* Fed. R. App. P. 24(a)(3).

The appeal is not taken in good faith because "no issue is presented which is not plainly frivolous." *Tweedy v. United States*, 276 F.2d 649, 651 (9th Cir. 1960). This was Patera's second attempt to remove the same case from California court to federal court despite the clear absence of federal jurisdiction. *See Bartlett v. Citibank N.A., et al.*, Case No. 17-712, Docket No. 26 (N.D. Cal. Apr. 19, 2017). Her second attempt was meritless for the same reasons as her first: her notice of removal was untimely, she failed to comply with procedural requirements like obtaining her codefendants' consent, and she did not identify a federal question or a state law that purported to command the state court to ignore her federal rights. She did not present any nonfrivolous legal arguments.

The Court thus certifies the appeal is not taken in good faith and that she should not be granted IFP status on appeal. The Clerk of the Court is directed to transmit a copy of this order to the Court of Appeals in accordance with Fed. R. App. 24(a)(4).

**IT IS SO ORDERED**.

Dated: March 28, 2018

_____
EDWARD M. CHEN
United States District Judge